**SO ORDERED.**

Dated: October 14, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

TIFFANY & BOSCO P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23108/6304871889

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Annette M. Serna<br>  Debtor.<br>_____<br>Bank of America, NA<br>  Movant,<br>  vs.<br>Annette M. Serna, Debtor, David M. Reaves, Trustee.<br><br>  Respondents. | No. 2:09-BK-20788-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 29, 2006 and recorded in the office of the Maricopa County Recorder wherein Bank of America, NA is the current beneficiary and Annette M. Serna has an interest in, further described as:

> Unit 1102, of SHADOW MOUNTAIN VILLAS CONDOMINIUM, a Condominium as created by that certain Declaration recorded In Instrument No. 2006-0181307 and First Amendment recorded in Instrument No. 2006-0181307 and as shown on the plat of said condominium recorded in Book 812 of Maps, page 13 and Certificates of Correction recorded in Instrument No. 2006-0255063 and Re-recorded in Instrument No. 2006-0434308 and in Instrument No. 2006-0437443 and Certificate of Correction recorded in Instrument No. 2006-0255064, records of Maricopa County, Arizona.
>
> TOGETHER WITH a proportionate interest in and to the common areas, as set forth in said Declaration and as shown on the plat of said condominium

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT